

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00390-CV

Brian **GILL**,
Appellant

v.

Gina **GILL**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23530
Honorable Tina Torres, Judge Presiding

PER CURIAM

Sitting:       Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Delivered and Filed: November 2, 2022

DISMISSED FOR WANT OF PROSECUTION

In this appeal of the trial court's judgment from May 26, 2022, Appellant's brief was due on September 21, 2022. On September 28, we ordered Appellant to file the brief and show cause in writing not later than October 10, 2022, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a). We warned Appellant that if he failed to respond as ordered, this appeal would be dismissed without further notice.

To date, Appellant has not filed a brief. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

PER CURIAM